*Robert Daru* for motion.
*Leopold Blumberg* opposed.

Motion denied, with ten dollars costs.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, *v.* MAX AARON et al., Defendants, and ABE KESSLER et al., Appellants.

(Submitted September 30, 1935; decided October 15, 1935.)

Motion for reargument denied, without costs. (See 268 N. Y. 411.)

In the Matter of the Accounting of LESLIE J. FELT, as Executor of AUGUSTA MARTIN, Deceased, Respondent. ADOLPH PRITSCHKAT, Appellant; GEORGE MARTIN, Respondent.

(Submitted September 30, 1935; decided October 15, 1935.)